IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MONIQUE BLANC *et al*                                                                    PLAINTIFF
ADC #713116

V.                                    NO: 1:16CV00031 JM/PSH

WENDY KELLEY *et al*                                                                   DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

  The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

  Plaintiffs Monique Blanc and Jeremy A. Weichelt filed this complaint on April 1, 2016. Although the docket sheet indicates defendant Darryl Golden was served with the summons and complaint, the return of service was not signed by the process server. *See* Doc. No. 3. Federal Rule of Civil Procedure 4 requires proof of service by the server's affidavit. Additionally, there are no docket entries whatsoever documenting service on any of the other six defendants. Accordingly, on March 7, 2017, the Court directed Blanc and Weichelt to provide the Court with evidence that all defendants have been served with the summons and complaint. *See* Doc. No. 4. Blanc and Weichelt were warned that their failure to do so within 30 days would result in the recommended

dismissal of their claims without prejudice against any defendant not served. *See* FED.R.CIV.P. 4(m) (providing for the without prejudice dismissal of action as to individual defendant if service not made within 90 days of filing of complaint). More than 30 days have passed, and there is no evidence that any defendant has been served. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT the complaint filed by Blanc and Weichelt (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE