# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MONIQUE BLANC** *et al*  **PLAINTIFF**
ADC #713116

V.  NO: 1:16CV00031 JM

**WENDY KELLEY** *et al*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the complaint filed by Blanc and Weichelt (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 28th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE