# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MONIQUE BLANC** *et al*  **PLAINTIFF**
**ADC #713116**

V.    NO: 1:16CV00031 JM

**WENDY KELLEY** *et al*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 28th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE